**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI (SAINT LOUIS)**

| | |
|---|---|
| In re: ) | |
| DANIEL C. GLEB ) | Case No.:  15-48006-659 |
| TAMMY L. GLEB ) | |
| ) | Chapter 13 |
| Debtors. ) | |
| _____) | |
| ) | |
| ARSENAL CREDIT UNION ) | Adv. Proc. No.:  16-4007-659 |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| DANIEL C. GLEB ) | |
| TAMMY L. GLEB ) | |
| ) | |
| Defendants. ) | |
| _____) | |

CERTIFICATE OF SERVICE

    The undersigned certifies that the Trial Scheduling Order was served via U.S. Mail, first class postage pre-paid on January 20, 2016 to:

    Daniel C. Gleb
    5604 Park Road
    High Ridge, MO 63049


        SOMMARS & ASSOCIATES, L.L.C.

        By: /s/ Pamela B. Leonard
            Donna M. Sommars  MO #34043
            Pamela B. Leonard MO #37027
            Attorney for Tmg Financial Services
            911 Washington Ave., Ste. 415
            St. Louis, MO  63101
            314/241-5500; fax 314/241-5507
            pamela@sommars.net